UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| PEGGY E. PARSLEY ) | |
| ) | CASE NO: 2:11-0069 |
| Plaintiff, ) | (formerly C.A. No. 10-C-2268 in |
| ) | the Circuit Court of Kanawha |
| v. ) | County, W. Va.) |
| ) | |
| PFIZER, INC., ST. MARY'S MEDICAL ) | |
| MANAGEMENT, LLC, d/b/a ST. MARY'S ) | |
| FAMILY CARE CENTER, and DEIDRE ) | |
| PARSLEY, D.O., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, H. Blair Hahn, of Richardson, Patrick, Westbrook & Brickman, LLC, enters his appearance in the above-captioned matter as counsel for Plaintiff Peggy E. Parsley and requests that all notices, pleadings, and orders entered in this matter be sent to him accordingly.

Dated: February 4, 2011          Respectfully submitted,

          */s/ H. Blair Hahn, Esq.*
          H. Blair Hahn, Esq.
          RICHARDSON, PATRICK,
          WESTBROOK & BRICKMAN, LLC
          1037 Chuck Dawley Blvd., Bldg. A
          Mt. Pleasant, SC 29464
          Telephone: (843) 727-6500
          Facsimile: (843) 727-6642
          Email: bhahn@rpwb.com

          ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that today, February 4, 2011, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ ECF system, so that service by electronic notice of filing will be sent to the following counsel of record.

**Christopher S. Dodrill, Esq.**
Email: csdodrill@agmtlaw.com
**Philip J. Combs, Esq.**
Email: pjcombs@agmtlaw.com
ALLEN GUTHRIE & THOMAS
PO Box 3394
Charleston, WV 25333-3394
Fax No. 304-345-9941
*Attorneys for Pfizer, Inc.*

**Robert M. Sellards, Esq.**
Email: rob.sellards@nelsonmullins.com
**Ryan Q. Ashworth, Esq.**
Email: ryan.ashworth@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH
PO Box 1856
Huntington, WV 25719-1856
Fax: 304-526-3599
*Attorneys for St. Mary's Medical Management, LLC*

                                                  */s/ Jason E. Shealey*
                                                  Jason E. Shealey, Paralegal